**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

**UNITED STATES OF AMERICA**

vs.                                                             **CASE NO.: 1:06-CR-35-MMP/AK**

**BRUCE DAVID ADAMS,**

    **Defendant.**
    _____/

**O R D E R**

This cause is before the Court on a Motion To Quash Warrant (doc. 22) as to Defendant, BRUCE DAVID ADAMS, and instead issue a summons for Defendant's appearance before United States Magistrate Judge Allan Kornblum. Accordingly, it is

**ORDERED:**

That the Motion to Quash Warrant and issue a summons instead for Defendant, BRUCE DAVID ADAMS (Doc. 22) is hereby **GRANTED.** That the Clerk of Court shall vacate the order for warrant as to Defendant, BRUCE DAVID ADAMS, (doc. 22) and the warrant (doc. 18) and instead issue a summons for the Defendant, BRUCE DAVID ADAMS, to appear before the Magistrate Judge Allan Kornblum for Initial Appearance and Arraignment.

**DONE AND ORDERED** this *28th* day of SEPTEMBER, 2006.

                                              *s/ A. KORNBLUM*
                                              **ALLAN KORNBLUM
                                              UNITED STATES MAGISTRATE JUDGE**