IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.                                                                      CASE NO. 1:06-cr-00035-MP-AK

BRUCE DAVID ADAMS,

    Defendant.

_____/

**O R D E R**

This matter is before the Court on Doc. 67, Motion for Return of Property, filed by Defendant Adams. The Government filed a response to Defendant's motion. Doc. 84. In its response, the Government states that it has either returned the requested property, is still reviewing some of the property seized to determine its relevancy to the charges in this case, or intends to request an order of forfeiture for the property. Because the Government has shown a legal basis for the continued possession of the unreturned property, Defendant's motion is denied. After completing its review of all the property listed in Defendant's motion, the Government is directed to return that property which is determined to be irrelevant to the charges in this case or for which it does not intend to seek forfeiture.

    **DONE AND ORDERED** this  _18th_  day of January, 2007

                                       *s/Maurice M. Paul*
                              Maurice M. Paul, Senior District Judge