IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.                                               CASE NO. 1:06-cr-00035-MP-AK

BRUCE DAVID ADAMS,

    Defendant.
_____/

**O R D E R**

This matter is before the Court on a status conference held on Wednesday, March 28, 2007. During the conference, Defendant Adams stated that he was ready for trial, and that resolution of the pending motion to suppress, Doc. 107, would not require a continuance. The Government stated that it will soon file its response to the Defendant's motion to suppress. Telephone conference on the motion to suppress is hereby set for Wednesday, April 4, 2007, at 9:00 a.m.

**DONE AND ORDERED** this __28th__ day of March, 2007

*s/Maurice M. Paul*

Maurice M. Paul, Senior District Judge