IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.   CASE NO. 1:06-cr-00035-MP-AK

BRUCE DAVID ADAMS,

    Defendant.
_____/

## **O R D E R**

This matter is before the Court on Doc. 181, Motion to Continue Sentencing Hearing, filed by Defendant Adams. In his motion, Defendant requests a continuance of his sentencing, currently set for June 29, 2007. The Government does not object to the continuance. Therefore, after considering the matter, the Court grants Defendant's motion, and Defendant's sentencing is continued to August 2, 2007, at 11:00 a.m.

**DONE AND ORDERED** this  *12th* day of June, 2007

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge