IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 1:06-cr-00035-MP-AK

BRUCE DAVID ADAMS,

    Defendant.
_____/

**O R D E R**

This matter is before the Court on Doc. 279, Notice of Inquiry, filed by Defendant Bruce Adams. In the letter, Defendant Adams states that the Court has not ruled on his Motion to Remove Counsel, Doc. 261, and that because of this the Eleventh Circuit Court of Appeals erroneously exercised jurisdiction over his motion. Defendant requests that the Court inform the Eleventh Circuit of this alleged error, and then rule on the motion. Because Defendant's appeal was docketed before he filed his motion to remove counsel, jurisdiction was no longer proper at the district court level, and therefore the Court forwarded the motion to the Eleventh Circuit. The Eleventh Circuit has already ruled on Defendant's motion, and a district court has no power to overrule a decision rendered by an appellate court. Accordingly, Defendant should address his concerns with the Eleventh Circuit.

    **DONE AND ORDERED** this __28th__ day of January, 2008

                          *s/Maurice M. Paul*
                        Maurice M. Paul, Senior District Judge