IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 1:06-cr-00035-MP-AK

BRUCE DAVID ADAMS,

    Defendant.
_____/

## FINAL ORDER OF FORFEITURE

This matter is before the Court on Doc. 310, Motion for Final Order Of Forfeiture, filed by the Government. Being fully advised in the premises, the Court finds as follows:

WHEREAS, on July 30, 2007, this Court entered a Preliminary Order Of Forfeiture against the following property:

    A.    REAL PROPERTY LOCATED AT 6211 NW 124th Place, Gainesville, Fl 32653-7999, more particularly described as Lot 4 of a REPLAT OF LOT 4 OF UNIT NO. 1, MCGINLEY INDUSTRIAL PARK as per plat thereof recorded in Plat book "P", page 88 of the public records of Alachua County, Florida;

    B.    REAL PROPERTY LOCATED AT 7717 SW 122nd Street, Gainesville, FL 32608, more particularly described in Exhibit A. (The U.S. Marshals Service has advised the U.S. Attorney's Office that a Doublewide Mobile Home, identified as VIN Nos. FLHML3B121317072A and FLHML3B121317072B is located on the property);

    C.    $25,000.00 in U.S. Currency;

    D.    2002 Ford 150 4-Door Truck, VIN No. 1FTRW07372KC90119;

    E.    2005 Hortan Van H8.528TA Trailer, VIN #5E2B1282051020183;

    F.    2002 Honda XR70R Motorcycle - VIN #JH2DE02042K500113;

    G.    2001 Honda 250R Motorcycle - VIN #JH2ME03341M308993;

    H.    2003 Kawasaki KX65 Motorcycle - VIN #JKBKXEAC53A031629;

I.    **2005 Kawasaki KX85 Motorcycle - VIN #JKBKXFAC05A027318;**

J.    **2006 Suzuki GSX1300 Motorcycle - VIN #JS1GW71A962103681;**

K.    **2002 Suzuki RM Motorcycle - VIN #JS1RF16C022100288;**

L.    **2005 EZ-GO Textron Golf Cart - VIN #1505320;**

M.    **Smith & Wesson .44 cal Revolver - SN #73181;**

N.    **Taurus .44 cal Revolver - SN #756160;**

O.    **Smith & Wesson .357 Magnum Revolver - SN #BEW9325;**

P.    **Taurus 9mm Pistol - SN #TTF32606;**

Q.    **Glock .45 cal Pistol - SN #DUK318US;**

R.    **Beretta .380 cal Pistol - SN #A41162Y;**

S.    **Kel-Tec .380 cal Pistol - SN # Unknown;**

T.    **North American Arms .22 cal Pistol - SN #L032278;**

U.    **AK47 Assault Rifle - SN #SBK3096-85;**

V.    **AK47 Magazines;**

W.    **Remington 870 12 gauge Shotgun - SN #AB166074M;**

X.    **Remington .22 cal Rifle - SN # Unknown;**

Y.    **Bushmaster .223 cal Rifle - SN # Unknown;**

Z.    **$150,000.00 U.S. Currency.**

WHEREAS, on May 15, 2007, this Court entered a Preliminary Order Of Forfeiture for the property described above; and

WHEREAS, on August 14, 21 and 28, 2007, the United States of America caused to be published in the Gainesville Sun, a newspaper of general circulation, notice of this forfeiture and

the intent of the United States of America to dispose of the property, in accordance with the law, and further notifying all third parties of their right to file a petition within thirty (30) days of the final publication setting forth their interest in said property; and

WHEREAS, on November 14, 2007, Pramco CV8, LLC, filed a petition based on two mortgages it owns encumbering 6211 NW 124th Place, Gainesville, Florida.  The United States of America recognizes these mortgages; and

WHEREAS, on December 17, 2007, Donna Jean Adams, wife of defendant Bruce D. Adams, entered a Petition to Enter Plea of Guilty/Nolo Contendere with the State of Florida, in which she waived "all rights and/or claims" to the property described above; and

WHEREAS, on February 27, 2008, Wachovia Bank, N.A., filed a claim based on a mortgage it owns encumbering 7717 SW 122nd Street, Gainesville, Florida.  The United States of America recognizes this mortgage; and

WHEREAS, on April 1, 2008, notice of this forfeiture action was sent by certified mail to Betty G. Hilgendorf, a potentially interested party in at least one of the assets listed above; and

WHEREAS, no other persons or entities having an interest in the above-referenced property have filed petitions; it is hereby

**ORDERED, ADJUDGED and DECREED** that the right, title and interest to the above-referenced property, is hereby condemned, forfeited and vested in the United States of America, subject only to the mortgages of Pramco CV8, LLC, and Wachovia Bank, N.A., and shall be disposed of in accordance with the law.

**DONE AND ORDERED** this <u>  *16th*</u> day of May, 2008

<u>         *s/Maurice M. Paul*         </u>
Maurice M. Paul, Senior District Judge