IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 1:06-cr-00035-MP-GRJ-3

BRUCE DAVID ADAMS,

    Defendant.
_____/

**O R D E R**

This matter is before the Court on Doc. 514, the Report and Recommendation of the Magistrate Judge, recommending that Mr. Adams' motion under 28 U.S.C. § 2255 be denied. The plaintiff filed objections, Doc. 523, and the Court has made a de novo determination of those portions of the Report and Recommendation to which objection was made. 28 U.S.C. § 636(b)(1)(C).

Upon consideration, the Court agrees with the Magistrate Judge that trial counsel was not ineffective for declining to request a limiting or unanimity instruction from the Court because such an instruction is not appropriate under the facts in this case. Also, the Court agrees that, because the Court in fact made individualized findings that the defendant was fully aware of the drug amounts involved in the conspiracy, declining to continue to challenge these amounts was not ineffective assistance of trial or appellate counsel. Accordingly, it is hereby

    **ORDERED AND ADJUDGED**:

The Report and Recommendation of the Magistrate Judge, Doc. 514, is accepted and incorporated herein. The motion under 28 U.S.C. § 2255, Doc. 440, is denied, and the Clerk is directed to close the related civil case, 1:09-cv-00202-MP-GRJ. A certificate of appealability is denied.

    **DONE AND ORDERED** this *28th* day of September, 2012

                                 *s/Maurice M. Paul*
                                Maurice M. Paul, Senior District Judge